◎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            NEW YORK

ANDRE BROWN

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 08 CV 3127 (MCG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 16, 2008 | *Meghan Cavalieri* |
| Date | Signature |
| | Meghan A. Cavalieri — MC 6758 |
| | Print Name — Bar Number |
| | 100 Church Street |
| | Address |
| | New York, NY  10007 |
| | City — State — Zip Code |
| | (212) 788-6405 — (212) 788-9776 |
| | Phone Number — Fax Number |