```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANDRE BROWN,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
AYALA (TAX REGISTRY # 987885) and POLICE
OFFICERS JOHN DOE 1-10,

                             Defendants.
------------------------------------------------------------x

STIPULATION FOR
ENLARGEMENT OF
TIME FOR DEFENDANT
CITY OF NEW YORK TO
ANSWER OR
OTHERWISE RESPOND
TO THE COMPLAINT

08 CV 3127 (MGC)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that defendant City of New York's[1] time to answer or otherwise respond to the complaint in this action be enlarged from April 23, 2008 to and including June 23, 2008.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation can be executed in counterparts and that a facsimile signature shall be deemed as an original.

Dated: New York, New York
       April 16, 2008

LAW OFFICES OF WALE MOSAKU, P.C.
Attorney for Plaintiff
350 Fifth Avenue, Suite 4810
New York, New York 10118

By: _____
    Wale Mosaku, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendant City of New York
100 Church Street
New York, New York 10007

By: _____
    Meghan A. Cavalieri (MC 6758)

SO ORDERED:

_____
U.S.D.J. Cedarbaum  April 28, 2008

---

[1] Without appearing on Police Officer Ayala's behalf or making any representations with respect to service, I also respectfully request that Police Officer Ayala's time to answer or otherwise respond to the complaint also be extended until June 23, 2008.